UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

TYRONE HARPER, )
 )
      Petitioner, )
v. ) No. 1:06-cv-0091-SEB-VSS
 )
STANLEY KNIGHT, )
 )
      Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 09/15/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tyrone Harper  DOC #3559
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770